**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Allen Brodetsky

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN BRODETSKY,**<br><br>Plaintiff,<br><br>v.<br><br>**SYNC BROKERAGE, INC. and ANDRES HOYOS, an individual,**<br><br>Defendants. | **Case No.:** 2:20-cv-04297-PSG-JEM<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Courtroom:** 6A<br><br>**Judge**: Hon. Philip S. Gutierrez |

---

NOTICE OF SETTLEMENT
CASE NO.: 2:20-CV-04297-PSG-JEM          1

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTES:**

PLEASE TAKE NOTICE that this matter has settled on an individual basis only. Plaintiff Allen Brodetsky therefore respectfully requests that the Court vacate all pending deadlines and afford the parties until June 9, 2021 to file a stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                             **KAZEROUNI LAW GROUP, APC**

Date: May 10, 2021                  By: *s/ Jason A. Ibey*
                                                            Jason A. Ibey, Esq.
                                                            *Attorneys for Plaintiff*