**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Allen Brodetsky

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLEN BRODETSKY,**<br><br>Plaintiff,<br><br>v.<br><br>**SYNC BROKERAGE, INC. and ANDRES HOYOS, an individual,**<br><br>Defendants. | **Case No.:** 2:20-cv-04297-PSG-JEM<br><br>**JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>**Judge**: Hon. Philip S. Gutierrez<br><br>[Filed concurrently with Proposed Order] |

Plaintiff Allen Brodetsky ("Plaintiff"), and defendants Sync Brokerage, Inc. and Andres Hoyos (jointly the "Defendants") (collectively the "Parties"), jointly stipulate to dismissal of the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).[1] The Parties agree to bear their own attorneys' fees and costs.

**KAZEROUNI LAW GROUP, APC**

Date: August 30, 2021          By: *s/ Jason A. Ibey*
                                   Jason A. Ibey, Esq.
                                   *Attorneys for Plaintiff*

Date: August 30, 2021          **LEVATOLAW, LLP**

                               By:  /s/ Stephen D. Weisskopf
                                    Stephen D. Weisskopf
                                    Attorneys for Defendants
                                    SYNC BROKERAGE, INC. and
                                    ANDRES HOYOS

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing and that attestation was approved on this August 30, 2021 at St. George, Utah.

                               By: *s/ Jason A. Ibey*
                                   Jason A. Ibey, Esq.

---

[1] The action was previously dismissed without prejudice following a notice of individual settlement. ECF No. 50.