FILED
CLERK, U.S. DISTRICT COURT
8/31/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 55
Case already closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BRODETSKY,<br><br>Plaintiff,<br><br>v.<br><br>SYNC BROKERAGE, INC. and ANDRES HOYOS, an individual,<br><br>Defendants. | Case No.: 2:20-cv-04297-PSG-JEM<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)<br><br>**Courtroom:** 6A<br><br>**Judge**: Hon. Philip S. Gutierrez |

    Having considered the Joint Stipulation to Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause, the Court hereby dismisses the action in its entirety, with prejudice as to Plaintiff Allen Brodetsky's individual claims and without prejudice as to the claims of the putative class members.

    The parties shall bear their own attorneys' fees and costs.

    **IT IS SO ORDERED.**

DATED: __August 31__, 2021

_____
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE